# COMPLAINT

## (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUN 25  A 8: 35

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Denise M Ward

2634 North 7th St.

Milwaukee, WI 53212

v.

(Full name of defendant(s))

United States of America

TSA

**26-C 1131**

Case Number:

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at

(State)

2634 North 7th St. Milwaukee, WI 53212

(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant United States of America

(Name)

Complaint – 1

Case 2:26-cv-01131-JPS    Filed 06/25/26    Page 1 of 5    Document 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

On May 21, 2025, I was traveling through O'Hare airport. I had recently had surgery on

my left arm and was waiting for a TSA agent to check my sleeve. My belongings were

on the xray belt. The belt backed up considerably and I was concerned about my

items. I asked the agent and she said they would be alright. However, the belt kept

moving and the containers made a v shape in the air. My laptop computer was in one of

the containers and when I went to retrieve it off the belt, both sides of the laptop had

been cracked. The cracks were on the left upper side and the right side. The laptop was

an HP laptop and the cost of repair was more than securing a new one. As a result of

the negligence of the TSA agents in handling my property as it went through the

scanner, I have suffered damages in the amount of $500. That is the cost of replaceme

Complaint – 2

post enactment of the tariffs.  Alma from TSA took photographs and a video of the dama

and also said the incident had been captured on the cameras.  Alma advised me to file a

claim on the TSA website, which I did on May 25, 2025.  More than six months have pas

and no action has been taken on my claim.  When I contacted TSA about this, the perso

spoke to advised me that I should file my claim in court.

Complaint – 3

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I respectfully ask the Court to award me a judgment in the amount of not less than $500

plus any costs and fees I incur pursuing this claim

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

414-374-7928
_____
Plaintiff's Telephone Number

warddenise2227@gmail.com
_____
Plaintiff's Email Address

2634 North 7th St., Milwaukee, WI 53212
_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5